■ SEYMOUR S. KANTROWITZ, Respondent, v. HARRY MASSON, Appellant, et al., Defendant.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ GROSVENOR PARK, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32781.) — Appeal from a judgment of the Court of Claims awarding $182,000, with interest, for the permanent appropriation of a parcel of the claimant's real estate. The claimant had acquired the land for the purpose of a residential development; a development map had been approved by the Nassau County Planning Commission. The Court of Claims allowed $10,320 per acre or $3,360 per building lot. There was the usual disparity between the testimony of the claimant's expert and that of the State's expert as to the value of the land appropriated. The Court of Claims chose a figure approximately midway between the figures given by the two experts. We see no reason to disturb the judgment of the Court of Claims. Judgment unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ELSIE ILLINGSWORTH, Appellant, against NATIONAL CONCERT & ARTISTS CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of DOROTHY HUBER, Appellant, against PUBLISHERS PRINTING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of FRANK A. BROWN, Appellant, against ELMIRA REFORMATORY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ELIZABETH HADAD, Appellant, against VICTORY SCREEN & SASH CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT W. PETERS, Appellant.— Motion for permission to appeal to the Court of Appeals denied. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 286 App. Div. 924; ante, p. 926.]

■ In the Matter of GAIL HILLSON, Doing Business as TRIPLE CITIES PLAYHOUSE, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent. — Motion to dismiss appeal granted by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.